**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

```
                                    FILED
                              IN CLERK'S OFFICE
                          U.S. DISTRICT COURT E.D.N.Y.

                              ★  OCT 1 7 2018  ★

                              BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARION KILER, Individually and as the
representative of a class of similarly situated persons,

                                Case No.   1:18-cv-5192-ARR-RER

                  Plaintiff,

        - against -

KATE SOMERVILLE SKINCARE, LLC,

                  Defendant.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Marion Kiler, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice, of the above-referenced matter against Kate Somerville Skincare, LLC.  No Answer has been filed in this case.

Dated: Brooklyn, New York
       October 16, 2018

                                          SHAKED LAW GOUP, P.C.
                                          Attorneys for Plaintiff

                                          By:*/s/Dan Shaked*
                                             Dan Shaked (DS-3331)
                                             44 Court St., Suite 1217
*So ordered.*
                                             Brooklyn, NY 11201
   /s/(ARR)    USDJ                    Tel. (917) 373-9128
                                             Fax (718) 704-7555
                                             e-mail: ShakedLawGroup@Gmail.com